# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **MONUMENT PEAK VENTURES, LLC,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| § | CASE NO. 2:23-cv-127-JRG-RSP |
| § | |
| v. § | |
| § | |
| **KYOCERA CORPORATION,** § | JURY TRIAL |
| § | |
| **Defendant.** § | |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

The Parties have settled in principle all matters in controversy between them and respectfully request that the Court stay all unreached deadlines contained in the Docket Control Order (ECF No. 28) for thirty days to allow the parties to complete their settlement and file appropriate dismissal papers.

Filed: November 16, 2023               Respectfully submitted,

                                                      **CONNOR LEE & SHUMAKER PLLC**

                                        By:   */s/ Cabrach J. Connor*
                                                Cabrach J. Connor
                                                Cab@CLandS.com;
                                                Texas Bar No. 24036390
                                                John M. Shumaker
                                                John@CLandS.com
                                                Texas Bar No. 24033069
                                                Jennifer Tatum Lee
                                                Jennifer@CLandS.com
                                                Texas Bar No. 24046950

                                                609 Castle Ridge Road, Suite 450
                                                Austin, Texas 78746
                                                512.646.2060 Telephone

888.387.1134 Facsimile

**ATTORNEYS FOR PLAINTIFF
MONUMENT PEAK VENTURES, LLC**

By: */s/ Jose L. Patiño*
Jose L. Patiño (CA Bar No. 149568)
jpatino@buchalter.com
BUCHALTER, APC
655 West Broadway, Suite 1600
San Diego, CA 92101
Telephone: (619) 219-5335
Facsimile: (619) 219-5344

Nicola A. Pisano (TX Bar No. 24129253)
nicolapisano@eversheds-sutherland.com
EVERSHEDS SUTHERLAND (US) LLP
12255 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: 858.252.6502
Facsimile: 858.252.6503

**ATTORNEYS FOR DEFENDANT
KYOCERA CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV- 5(a)(3) on this, the 16th day of November, 2023.

*/s/ Cabrach J. Connor*
Cabrach J. Connor

## CERTIFICATE OF CONFERENCE

The parties have conferred pursuant to Local Rule CV-7(h) and agree to filing this as a joint motion.

*/s/ Cabrach J. Connor*
Cabrach J. Connor
